16 F.3d 405
 Russell (Robert), Winans (Derek), Walker (James), Executive
Board Members and Delegates to HIV Health and Human
Resources Planning Council of East Orange, Irvington, Newark
& Union Counties, Anderson (Sudi)
v.
City of Newark, James (Mayor Sharpe), Ruffin (Bobbi),
Director of Newark Department of Health & Human Services,
U.S. Department of Health & Human Services, Shalala (Donna),
Secretary of Department of Health and Human Services
 NO. 93-5371
 United States Court of Appeals,
Third Circuit.
 Dec 21, 1993
 
 Appeal From: D.N.J.,
 Debevoise, J.
 
 
 1
 AFFIRMED.